UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 23-36 JRT/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 26 U.S.C. § 7202 |
| v. | 26 U.S.C. § 7206(2) |
| KASSIUS ORLANDO BENSON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. KASSIUS ORLANDO BENSON, defendant, resided in Hennepin County, Minnesota, and was the sole shareholder and owner of Kassius Benson Law, P.A. a/k/a Office of Kassius O. Benson, P.A. (herein referred to as "KBL"). BENSON was a licensed attorney in the State of Minnesota.

2. KBL was a corporation doing business in Hennepin County, Minnesota, and elsewhere. KBL was in the business of providing legal services. BENSON had signature authority on, and control over, all KBL business bank accounts and his personal bank accounts from which KBL employees were paid.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

SCANNED
FEB 0 9 2023
U.S. DISTRICT COURT ST. PAUL

United States v. Kassius Orlando Benson

4. During 2016, 2017, 2018, and 2019, KBL had employees. As required, KBL withheld taxes from its employees' paychecks, including federal income taxes, as well as Social Security and Medicare taxes (often referred to as Federal Insurance Contribution Act ("FICA") taxes). Those taxes are referred to in this Indictment as "employment taxes."

5. An IRS Form W-2, Wage and Tax Statement, was a form that employers provided to their employees annually that reported, among other things, the employee's wages and the federal income tax withheld from those wage

6. KBL was required to make deposits of the employment taxes to the IRS. In addition, KBL was required to file with the IRS, following the end of each calendar quarter, an IRS Form 941, Employer's Quarterly Federal Tax Return. The deadline to file a Form 941 was the last day of the month following the last day of each quarter.

7. As sole shareholder and owner of KBL, BENSON was a "responsible person," that is, he had the responsibility to collect, truthfully account for, and pay over the employment taxes to the IRS on behalf of KBL.

8. For the third and fourth quarters of 2016 and all quarters of 2017, 2018, and 2019, KBL withheld employment taxes from wages it paid to its employees. However, for each of those quarters, BENSON failed to file Forms 941 and failed to pay over the withheld employment taxes to the IRS.

United States v. Kassius Orlando Benson

# COUNTS 1 – 14

### Failing to Account for and Pay Over Employment Taxes
### (26 U.S.C. § 7202)

9. The factual allegations in Paragraphs 1 through 8 of this Indictment are realleged and incorporated in each count as though fully set forth therein.

10. On or about the dates listed below, in the District of Minnesota, the defendant, KASSIUS ORLANDO BENSON, did willfully fail to account for and pay over the employment taxes due and owing to the IRS on behalf of the employees of KBL in the approximate amounts listed below and for the quarters listed below, with each calendar quarter constituting a separate count of this Indictment:

| Count | Quarter | Due Date | Amount Not Paid Over |
|---|---|---|---|
| 1 | 3rd Quarter of 2016 | October 31, 2016 | $10,478.42 |
| 2 | 4th Quarter of 2016 | January 31, 2017 | $6,663.25 |
| 3 | 1st Quarter of 2017 | April 30, 2017 | $12,742.92 |
| 4 | 2nd Quarter of 2017 | July 31, 2017 | $13,938.53 |
| 5 | 3rd Quarter of 2017 | October 31, 2017 | $3,458.61 |
| 6 | 4th Quarter of 2017 | January 31, 2018 | $4,759.92 |
| 7 | 1st Quarter of 2018 | April 30, 2018 | $6,258.69 |
| 8 | 2nd Quarter of 2018 | July 31, 2018 | $5,977.09 |
| 9 | 3rd Quarter of 2018 | October 31, 2018 | $6,618.00 |
| 10 | 4th Quarter of 2018 | January 31, 2019 | $23,021.49 |

United States v. Kassius Orlando Benson

| Count | Quarter | Due Date | Amount Not Paid Over |
|---|---|---|---|
| 11 | 1st Quarter of 2019 | April 30, 2019 | $12,202.40 |
| 12 | 2nd Quarter of 2019 | July 31, 2019 | $6,388.99 |
| 13 | 3rd Quarter of 2019 | October 31, 2019 | $9,411.39 |
| 14 | 4th Quarter of 2019 | January 31, 2020 | $2,925.26 |

Each count being a violation of Title 26, United States Code, Section 7202.

## COUNTS 15 - 17

### Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Tax Returns, Statements, or Other Documents
### (26 U.S.C. § 7206(2))

11.  The factual allegations in Paragraphs 1 through 8 of this Indictment are realleged and incorporated as though fully set forth therein.

12.  For each of the years 2017, 2018, and 2019, BENSON received a Form W-2 from KBL that reported, among other things, his wages and the federal income tax withheld from those wages. As the sole shareholder and owner of KBL, and a "responsible person" with a duty to collect, account for, and pay over employment taxes due from KBL on behalf of its employees, BENSON knew KBL had not paid over to the IRS the federal income taxes the Forms W-2 claimed had been withheld from his wages.

13.  On or about the dates set forth below, in the District of Minnesota, KASSIUS ORLANDO BENSON, did willfully aid and assist in, and procure,

United States v. Kassius Orlando Benson

counsel, and advise the preparation and presentation to the IRS of U.S. Individual Income Tax Returns, Forms 1040, for himself and his spouse for the calendar years specified below, which were false and fraudulent as to a material matter. The returns claimed payments to the IRS based on purported federal income tax withholdings from BENSON's KBL wages, whereas, as BENSON knew, KBL had not withheld federal income taxes from his wages and had not paid over to the IRS the federal income taxes purportedly withheld from those wages.

| Count | Approximate Filing Date | Year | False Items |
|---|---|---|---|
| 15 | April 17, 2018 | 2017 | • Line 64, Federal income tax withheld from Forms W-2 and 1099, $12,600<br>• Line 74, Total Payments, $12,600 |
| 16 | October 14, 2019 | 2018 | • Line 16, Federal income tax withheld from Forms W-2 and 1099, $20,419<br>• Line 18, Total Payments, $20,419 |
| 17 | October 16, 2020 | 2019 | • Line 17, Federal income tax withheld from Forms W-2 and 1099; $16,437<br>• Line 19, Total Payments, $16,437 |

Each count being a violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

_____        _____
TRIAL ATTORNEY                                          FOREPERSON