IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) Case No: | 23-cr-36 (JRT/JFD) |
| | ) Date: | February 24, 2023 |
| Kassius Orlando Benson, | ) Courthouse: | St. Paul |
| | ) Courtroom: | 3C |
| Defendant. | ) Time Commenced: | 1:36 p.m. / 2:04 p.m. |
| | ) Time Concluded: | 1:49 p.m. / 2:18 p.m. |
| | ) Time in Court: | 27 minutes |

APPEARANCES:

Plaintiff: Jordan Sing, Assistant U.S. Attorney (for purposes of this hearing)
Defendant: Kassius Benson (self-representation for purposes of this hearing)

Date Charges Filed: February 9, 2023          Offense: failing to account for and pay over employment taxes; aiding and assisting in the preparation and presentation of false and fraudulent tax returns, statements, or other documents

　　　　X Advised of Rights

on　　X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

Next appearance date is Tuesday, March 14, 2023 at 2:00 p.m. before Magistrate Judge John F. Docherty in St. Paul CR 6A:
　X Arraignment

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Self-representation notice given.
X Defendant waived the right to counsel for purposes of this hearing but advised the Court of his intent to retain counsel by March 10, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/nah_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy